AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ARTURO TORRES OCHOA,

       Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:13-cv-00499-RCJ-VPC**

D. ESQUIVER, et al.,

       Defendants.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

   October 15, 2013                                                      **LANCE S. WILSON**
                                                                                Clerk

                                                                                  /s/ D. R. Morgan
                                                                                     Deputy Clerk